ACCEPTED
07-14-00398-CV
SEVENTH COURT OF APPEALS
AMARILLO, TEXAS
5/11/2015 4:02:23 PM
Vivian Long, Clerk

NO: 07-14-00398-CV

_____

**IN THE COURT OF APPEALS FOR THE SEVENTH DISTRICT**

FILED IN
7th COURT OF APPEALS
AMARILLO, TEXAS
5/11/2015 4:02:23 PM
VIVIAN LONG
CLERK

**OF TEXAS, AT AMARILLO, TEXAS**

_____

EXPELLED GRAIN PRODUCTS, LLC, and SCOTT THEIRING

*Appellants*

V.

Corn Mill ENTERPRISES, LLC

*Appellee*

_____

**APPELLANT EXPELLED GRAIN PRODUCTS, LLC'S UNOPPOSED MOTION TO EXTEND TIME TO FILE SUPPLEMENT TO APPELLANT'S BRIEF TO ALLOW APPELLANT 14-DAYS FROM THE FILING OF THE REPORTER'S RECORD**

_____

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 35.3(c), Appellant Expelled Grain Products, LLC files this Unopposed Motion to Extend Time to File Supplement to Appellant's Brief to Allow Appellant 14-days from the Filing of the Reporter's Record, which motion complies with Rule 10.5(b), and in support thereof would respectfully show as follows:

1. The Reporter's Record was late-filed today, May 11, 2015, pursuant to leave of the Court as requested by the court reporter.

2. The Court had previously granted leave for the Reporter's Record to be late-filed and for Appellant to file a supplement to Appellant's Brief, as requested by Appellant, within 14-days of the reporter's record being filed but no later than today, May 11, 2015.

3. Appellant promptly ordered and paid for the reporter's record pursuant to the Court's order granting leave to late-file and supplement Appellant's Brief. The delay in obtaining and filing the Reporter's Record occasioned by the Reporter's subsequent request to the Court was not anticipated but certainly understandable and no fault of the Reporter.

4. Appellant requests an extension of time to allow Appellant to review the thirty volumes of the Reporter's Record received this day and to prepare

its briefing supplement. Appellant seeks a 14-day extension until May 25, 2015.

5. This is an appeal from a final judgment in Cause No. A9678-1311; *Corn Mill Enterprises, LLC v. Expelled Grain Products, LLC*; In the 64th Judicial District Court of Castro County, Texas.

6. The reporter's record was originally due on December 3, 2014.

7. On December 4, 2014, the Court granted an extension of time to file the reporter's record until January 2, 2015.

8. On December 5, 2015, the Court granted the parties' joint request for an abatement of this appeal so the parties could mediate.

9. On December 17, 2015, the Court reinstated this appeal when the parties' mediation was unsuccessful. At that time the Court set the date for the reporter's record to be filed for January 20, 2015.

10. On February 5, 2015, the Court deemed the reporter's record filed as of that date and noted that "Notwithstanding a deadline for Appellant's brief, this Court may still allow the late filing of a reporter's record pursuant to Rule 35.3(c). In the absence of a complete or partial reporter's record being filed, any issues that require a missing record will not be considered."

11. The court reporter estimated that the reporter's record in this Appeal would cost $12,000 or more.

12. Appellant Expelled Grain Products, LLC did not have funds sufficient to pay for the reporter's record timely. Once Expelled obtained sufficient funds to pay for the reporter's record and forwarded same to its counsel, Expelled sought the extensions and leave subsequently granted by the Court on April 7, 2015. Expelled paid the court reporter's deposit and then full cost promptly thereafter.

13. When Expelled requested until May 11, 2015 as the latest it could supplement its brief, Expelled believed that the reporter's record would be filed shortly after the Court granted leave on April 7, 2015.

14. The court reporter then requested another extension of time from the Court until May 11, 2015, which the Court granted.

15. Appellant seeks an extension of time to supplement its Brief on the Merits to within 14-days of the filing of the reporter's record, which would be than Monday, May 25, 2015. This is Appellant's first request for extension of time to file its briefing supplement, which was originally due to be filed today, May 11, 2015.

16. Appellant Expelled does not seek this extension for the purposes of delay but only so that justice may be served.

PRAYER

For all these reasons, Appellant Expelled Grain Products, LLC respectfully requests an extension of time to supplement its Brief on the Merits within 14-days of today's filing of the reporter's record, which would make the deadline May 25, 2015. Appellant also requests all such further relief to which the Court may deem Appellant is entitled.

Respectfully submitted,

/s/ Larry A. Vick
Larry A. Vick
TBA NO. 20563500
The Law Offices of Larry A. Vick
908 Town & Country Blvd.
Suite 120
Houston, Texas 77024
(713) 333-6440 - Telephone
(832) 202-2821 - Telecopier
lv@larryvick.com

Attorney for Appellant Expelled Grain Products, LLC

Date: May 11, 2015

**CERTIFICATE OF CONFERENCE:**

I certify that I conferred with counsel for Appellee Corn Mill Enterprises, LLC and with counsel for Appellant Scott Theiring who stated this motion is unopposed.

/s/ Larry A. Vick
Larry A. Vick

**CERTIFICATE OF SERVICE**

As required by Texas Rule of Appellate Procedure 6.3 and 9.5(b), (d), (e), I certify that I have served this document on all other parties, which are listed below on May 11, 2015 as follows:

George F. May
TWOMEY | MAY, PLLC
2 Riverway, 15th Floor
Houston, Texas 77056

Attorney for Appellant-Intervenor Scott Theiring

Matt Sherwood
UNDERWOOD LAW FIRM
500 South Taylor, Suite 1200
Amarillo, Texas 79101

Attorney for Appellee Corn Mill Enterprises, LLC

By (check all that apply)
☐ personal delivery
☐ mail
☐ commercial delivery service
☒ fax, email, or electronic service

/s/ Larry A. Vick
Larry A. Vick

Date: May 11, 2015

7